UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN K. DOUGLAS,
an individual,

                              NO. CIV. S-09-2612 LKK/GGH

        Plaintiff,

    v.

                              O R D E R

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION;
WASHINGTON MUTUAL BANK;
LONG BEACH MORTGAGE COMPANY;
CALIFORNIA RECONVEYANCE
COMPANY, a California
corporation, and DOES
1 through 10,000, inclusive,

        Defendants.
                                /

    A status conference was held in chambers on December 7, 2009. After hearing, the court orders as follows:

    1.    A further status conference is set for March 8, 2010
         at 1:30 p.m.

////

////

1

2. The case is stayed for ninety (90) days pending further status.

IT IS SO ORDERED.

DATED:  December 8, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2