UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN K. DOUGLAS,
an individual,

        NO. CIV. S-09-2612 LKK/GGH

    Plaintiff,

  v.

        O R D E R

JPMORGAN CHASE BANK, et al.,

    Defendants.
_____/

    Pending in the above-captioned matter is a motion to dismiss filed by defendants. (Doc. No. 7) Hearing for this matter is set for December 21, 2009. Rather than file an opposition, plaintiff filed a notice of intent to file an amended complaint prior to the hearing date. (Doc. No. 10)

    The court accordingly VACATES the December 21, 2009 hearing on the motion to dismiss. If plaintiff files an amended complaint PRIOR TO December 21, 2009, the motion to dismiss will be denied without prejudice as moot. If plaintiff fails to file an amended

////

////

1

complaint, the motion will be granted for failure to file an opposition.

IT IS SO ORDERED.

DATED: December 11, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2