UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN K. DOUGLAS,
an individual,

        Plaintiff,

   v.

JPMORGAN CHASE BANK, et al.,

        Defendants.
_____/

NO. CIV. S-09-2612 LKK/GGH

O R D E R

    Pending in the above-captioned matter is a motion to dismiss filed by defendants. (Doc. No. 7)  Hearing for this matter was set for December 21, 2009.  Plaintiff did not file an opposition or statement of non-opposition to this motion.  Instead, plaintiff filed a document titled "notice of intent to file an amended complaint," stating that an amended complaint would be filed prior to the noticed hearing date.  (Doc. No. 10.)

    The court then issued an order stating that if an amended complaint was filed prior to December 21, 2009, the motion to dismiss would be denied as moot, but that the motion to dismiss would otherwise be granted as unopposed.  This deadline passed more

1

1 than two weeks ago.  Plaintiff has neither filed an amended
2 complaint nor offered any explanation for her failure to do so.
3     Accordingly the court GRANTS defendants' motion to dismiss.
4 Dismissal is with prejudice.  The clerk of the court is directed
5 to close this case.
6     IT IS SO ORDERED.
7     DATED:  January 11, 2010.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2