UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN K. DOUGLAS,
an individual,

        NO. CIV. S-09-2612 LKK/GGH

    Plaintiff,

  v.

        O R D E R

JPMORGAN CHASE BANK, et al.,

    Defendants.
_____/

On January 11, 2010, the court ordered dismissal of this case for plaintiff's failure to file an amended complaint. However, prior to entry of that order and pursuant to a status conference held on December 8, 2009, the court had stayed the case for ninety days. Accordingly, the order dismissing the case was in error. The court therefore VACATES the order of January 11, 2010, Doc. No. 14, and the judgment entered on January 11, 2010, Doc. No. 15. The clerk of the court is directed to REOPEN this case.

    IT IS SO ORDERED.

    DATED: January 14, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1