UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN K. DOUGLAS,
an individual,

        Plaintiff,

    v.

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION;
WASHINGTON MUTUAL BANK;
LONG BEACH MORTGAGE COMPANY;
CALIFORNIA RECONVEYANCE
COMPANY, a California
corporation, and DOES
1 through 10,000, inclusive,

        Defendants.
_____/

NO. CIV. S-09-2612 LKK/GGH

O R D E R

A status conference was held in chambers on March 8, 2010. As discussed at that conference, a further status conference is SET for June 14, 2010 at 2:30 p.m. The parties SHALL file updated status reports not later than fourteen (14) days prior to this conference.

////

1

IT IS SO ORDERED.

DATED: March 10, 2010.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT