UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN K. DOUGLAS,
an individual,

                                NO. CIV. S-09-2612 LKK/GGH

      Plaintiff,

  v.

                                  O R D E R

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION;
WASHINGTON MUTUAL BANK;
LONG BEACH MORTGAGE COMPANY;
CALIFORNIA RECONVEYANCE
COMPANY, a California
corporation, and DOES
1 through 10,000, inclusive,

      Defendants.
_____/

    This case is currently scheduled for a status conference on Monday, June 14, 2010 at 2:30 p.m.  The parties have requested a continuance because they are currently engaged in settlement discussions. Accordingly, the court VACATES the status conference. The conference is rescheduled for September 20, 2010 at 2:00 p.m.
////

1

1  The parties SHALL file status reports fourteen (14) days prior to
2  the conference.
3       IT IS SO ORDERED.
4       DATED:  June 10, 2010.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```